|                              | * |                      |
| ---------------------------- | - | -------------------- |
| ATTORNEY GRIEVANCE           | * | IN THE               |
| COMMISSION OF MARYLAND       |   | SUPREME COURT        |
|                              | * | OF MARYLAND          |
| v.                           | * | AG No. 21            |
| GARY DON WRIGHT              | * | September Term, 2022 |
|                              | * |                      |

## O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and Respondent, Gary Don Wright, it is this 24th day of March 2023, by the Supreme Court of Maryland,

ORDERED that, effective immediately, the Respondent, Gary Don Wright, is disbarred from the practice of law in the State of Maryland for violation of Rules 1.2, 1.7, 1.15, 8.1(a) and 8.4(c) of the Virginia Rules of Professional Conduct and Rules 1.7, 1.9, 3.3, 3.4, 8.1(a) and 8.4(c) and (d) of the District of Columbia Rules of Professional Conduct; and it is further

ORDERED that the Clerk of this Court shall strike the name of Gary Don Wright from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk